UNITED STATES BANKRUPTCY COURT
NORTERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| WOLOSZYN, WIESLAW | § | Case No. 11-15976 |
| WOLOSZYN, ALEKSANDRA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth Gardner
U.S. Bankruptcy Court Clerk
219 South Dearborn Street- 7th Floor
Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/28/2012 in Courtroom 613,
United States Courthouse
219 South Dearborn Street
Chicago, Illinois  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Kenneth S. Gardner
                                                              Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
WOLOSZYN, WIESLAW § Case No. 11-15976
WOLOSZYN, ALEKSANDRA §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 8,859.71 |
| and approved disbursements of | $ | 160.24 |
| leaving a balance on hand of[1] | $ | 8,699.47 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Phillip D. Levey | $ 1,635.97 | $ 0.00 | $ 1,635.97 |
| Trustee Expenses: Phillip D. Levey | $ 13.21 | $ 0.00 | $ 13.21 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,649.18 |
| Remaining Balance | $ 7,050.29 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 87,160.04 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC | $ 9,186.24 | $ 0.00 | $ 743.07 |
| 000002 | B-Line, LLC | $ 882.26 | $ 0.00 | $ 71.37 |
| 000003 | BAC Home Loans | $ 56,145.90 | $ 0.00 | $ 4,541.58 |
| 000004 | Chase Bank USA, N.A. | $ 458.88 | $ 0.00 | $ 37.12 |
| 000005 | Chase Bank USA, N.A. | $ 910.49 | $ 0.00 | $ 73.65 |
| 000006 | Chase Bank USA, N.A. | $ 536.19 | $ 0.00 | $ 43.37 |
| 000007 | Capital Recovery IV LLC | $ 2,190.14 | $ 0.00 | $ 177.16 |
| 000008 | Capital Recovery IV LLC | $ 6,129.58 | $ 0.00 | $ 495.82 |
| 000009 | Portfolio Recovery Associates, LLC | $ 2,642.62 | $ 0.00 | $ 213.75 |
| 000010 | PNC BANK | $ 8,077.74 | $ 0.00 | $ 653.40 |

Total to be paid to timely general unsecured creditors     $     7,050.29

Remaining Balance     $     0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
                 Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                         Case No. 11-15976-TAB
Wieslaw Woloszyn                                               Chapter 7
Aleksandra Woloszyn
         Debtors                 CERTIFICATE OF NOTICE
District/off: 0752-1          User: mhenley                Page 1 of 3                  Date Rcvd: Apr 26, 2013
                              Form ID: pdf006              Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2013.
db/jdb        +Wieslaw Woloszyn,   Aleksandra Woloszyn,    4424 N Newland Avenue,
                Harwood Heights, IL 60706-4834
17518103      +Agent for Specialized Loan Servicing,    Agent for BAC Home Loans fka Countrywide,
                1750 Regal Row, Suite 120,   Dallas, TX 75235-2287
17134895      +BP Oil / Citibank,   Attn: Centralized Bankruptcy,     Po Box 20507,   Kansas City, MO 64195-0507
17134894      +Bank Of America,   Nc4-105-03-14,   4161 Piedmont Pkwy,    Greensboro, NC 27410-8110
17134896      +Chase - Cc,   Attention: Banktruptcy Department,    Po Box 15298,   Wilmintgon, DE 19850-5298
17582520       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
17134898      +Chase- BP,   Attention: Bankruptcy Department,    Po Box 100018,   Kennesaw, GA 30156-9204
17134899       Chase- Tjx,   800 Brooksedge Blvd,   Columbus, OH 43801
17134901      +Citi,   Attn: Centralized Bankruptcy,   Po Box 20507,    Kansas City, MO 64195-0507
17134903      +Citibank Usa,   Attn.: Centralized Bankruptcy,    Po Box 20507,   Kansas City, MO 64195-0507
17134904      +Countrywide Home Lending,   Attention: Bankruptcy SV-314B,    Po Box 5170,
                Simi Valley, CA 93062-5170
17134909      +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
17134910      +Marcin Wienclaw,   3147 Glenwood Dyer Road,    Chicago Heights, IL 60411-9760
19927206       Midland Funding LLC,   By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
                Miami, FL 33131-1605
17134911      +National City,   Attention: Bankruptcy Department,    6750 Miller Rd,
                Brecksville, OH 44141-3262
17134913      +National City Card Ser,   1 National City Pkwy,    Kalamazoo, MI 49009-8003
17134915      +National City Mortgage,   Attn: Bankruptcy Dept,    3232 Newmark Dr., Miamisburg, OH 45342-5421
17791901      +PNC BANK,   PO BOX 94982,   CLEVELAND, OH 44101-4982
17724186     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    c/o Sams Club,   POB 41067,
                Norfolk VA 23541)
17134920      +Pierce & Associates,   1 North Dearborn STe. 1300,    Chicago, IL 60602-4373
17134921      +Revive Chiropractic,   PO Box 72180,   Roselle, IL 60172-0180
17134923      +Wash Mutual/providian,   Attn: Bankruptcy Dept,    Po Box 10467,   Greenville, SC 29603-0467

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17134893       E-mail/Text: roy.buchholz@allianceoneinc.com Apr 26 2013 22:02:59      Alliance One,
                P.O. BOX 3102,   Southeastern, PA 19398-3102
17216083      +E-mail/Text: bnc@atlasacq.com Apr 26 2013 22:03:12     Atlas Acquisitions LLC,   294 Union St.,
                Hackensack, NJ 07601-4303
17510488       E-mail/Text: resurgentbknotifications@resurgent.com Apr 26 2013 21:59:34      B-Line, LLC,
                MS 550,   PO Box 91121,   Seattle, WA 98111-9221
17667491       E-mail/PDF: rmscedi@recoverycorp.com Apr 26 2013 21:56:32     Capital Recovery IV LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
17134907      +E-mail/PDF: gecsedi@recoverycorp.com Apr 26 2013 22:13:21     Gemb/sams Club Dc,
                Attention: Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
17134908      +E-mail/Text: bkynotice@harvardcollect.com Apr 26 2013 22:02:46      Harvard Collection Services,
                4839 N. Elston Ave.,   Chicago, IL 60630-2589
17134916      +E-mail/Text: bankrup@aglresources.com Apr 26 2013 22:00:00     Nicor Gas,
                Attention: Bankruptcy Department,   1844 Ferry Road,    Naperville, IL 60563-9662
17134918      +E-mail/Text: bnc@nordstrom.com Apr 26 2013 22:00:23     Nordstrom FSB,
                Attention: Bankruptcy Department,   Po Box 6566,   Englewood, CO 80155-6566
20226707       E-mail/Text: bkdepartment@rtresolutions.com Apr 26 2013 22:05:58      Real Time Resolutions, Inc.,
                Agent for BAC Home Loans,   fka Countrywide,   1750 Regal Row, Suite 120,   Dallas, TX 75235
19927207       E-mail/PDF: rmscedi@recoverycorp.com Apr 26 2013 21:56:31
                Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
17134922      +E-mail/PDF: gecsedi@recoverycorp.com Apr 26 2013 21:56:49     Sams Club,
                Attention: Bankruptcy Department,   Po Box 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17134897*     +Chase - Cc,   Attention: Banktruptcy Department,    Po Box 15298,   Wilmintgon, DE 19850-5298
17134900*      Chase- Tjx,   800 Brooksedge Blvd,   Columbus, OH 43801
17134902*     +Citi,   Attn: Centralized Bankruptcy,   Po Box 20507,    Kansas City, MO 64195-0507
17134905*     +Countrywide Home Lending,   Attention: Bankruptcy SV-314B,    Po Box 5170,
                Simi Valley, CA 93062-5170
17134906*     +Countrywide Home Lending,   Attention: Bankruptcy SV-314B,    Po Box 5170,
                Simi Valley, CA 93062-5170
17134912*     +National City,   Attention: Bankruptcy Department,    6750 Miller Rd,
                Brecksville, OH 44141-3262
17134914*     +National City Card Ser,   1 National City Pkwy,    Kalamazoo, MI 49009-8003
17134917*     +Nicor Gas,   Attention: Bankruptcy Department,    1844 Ferry Road,   Naperville, IL 60563-9662
17134919*     +Nordstrom FSB,   Attention: Bankruptcy Department,    Po Box 6566,  Englewood, CO 80155-6566
17134924*     +Wash Mutual/providian,   Attn: Bankruptcy Dept,    Po Box 10467,  Greenville, SC 29603-0467
                                                                                  TOTALS: 0, * 10, ## 0
```

```
District/off: 0752-1          User: mhenley                Page 2 of 3             Date Rcvd: Apr 26, 2013
                              Form ID: pdf006              Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 28, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: mhenley              Page 3 of 3             Date Rcvd: Apr 26, 2013
                              Form ID: pdf006           Total Noticed: 33
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2013 at the address(es) listed below:

        James A Young    on behalf of Joint Debtor Aleksandra  Woloszyn jyoung@youngbklaw.com, Sarai@youngbklaw.com;ylara@youngbklaw.com

        James A Young    on behalf of Debtor Wieslaw  Woloszyn jyoung@youngbklaw.com, Sarai@youngbklaw.com;ylara@youngbklaw.com

        Lydia Y Siu    on behalf of Creditor   PNC Bank, N.A. lsiu@atty-pierce.com, northerndistrict@atty-pierce.com

        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        Phillip D Levey, ESQ    levey47@hotmail.com,   plevey@ecf.epiqsystems.com

        TOTAL: 5