UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
WOLOSZYN, WIESLAW § Case No. 11-15976
WOLOSZYN, ALEKSANDRA §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $       (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $       from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Phillip D. Levey_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Countrywide Home Lending Attention: Bankruptcy SV-314B Po Box 5170 Simi Valley, CA 93062 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Countrywide Home Lending Attention: Bankruptcy SV-314B Po Box 5170 Simi Valley, CA 93062 | | | | | |
| | Countrywide Home Lending Attention: Bankruptcy SV-314B Po Box 5170 Simi Valley, CA 93062 | | | | | |
| | National City Attention: Bankruptcy Department 6750 Miller Rd Brecksville, OH 44141 | | | | | |
| | National City Mortgage Attn: Bankruptcy Dept 3232 Newmark Dr. Miamisburg, OH 45342 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alliance One P.O. BOX 3102 Southeastern, PA 19398-3102 | | | | | |
| | BP Oil / Citibank Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Bank Of America Nc4-105-03-14 4161 Piedmont Pkwy Greensboro, NC 27420 | | | | | |
| | Chase - Cc Attention: Banktruptcy Department Po Box 15298 Wilmintgon, DE 19850 | | | | | |
| | Chase - Cc Attention: Banktruptcy Department Po Box 15298 Wilmintgon, DE 19850 | | | | | |
| | Chase- BP Attention: Banktruptcy Department Po Box 100018 Kennesaw, GA 30156 | | | | | |
| | Chase- Tjx 800 Brooksedge Blvd Columbus, OH 43801 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase- Tjx 800 Brooksedge Blvd Columbus, OH 43801 | | | | | |
| | Citi Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64915 | | | | | |
| | Citi Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64915 | | | | | |
| | Citibank Usa Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Gemb/sams Club Dc Attention: Bankruptcy Po Box 103106 Roswell, GA 30076 | | | | | |
| | Harvard Collection Services 4839 N. Elston Ave. Chicago, IL 60630-2534 | | | | | |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | National City Attention: Bankruptcy Department 6750 Miller Rd Brecksville, OH 44141 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | National City Card Ser 1 National City Pkwy Kalamazoo, MI 49009 | | | | | |
| | National City Card Ser 1 National City Pkwy Kalamazoo, MI 49009 | | | | | |
| | Nicor Gas Attention: Bankruptcy Department 1844 Ferry Road Naperville, IL 60507 | | | | | |
| | Nicor Gas Attention: Bankruptcy Department 1844 Ferry Road Naperville, IL 60507 | | | | | |
| | Nordstrom FSB Attention: Bankruptcy Department Po Box 6566 Englewood, CO 80155 | | | | | |
| | Nordstrom FSB Attention: Bankruptcy Department Po Box 6566 Englewood, CO 80155 | | | | | |
| | Revive Chiropractic PO Box 72180 Roselle, IL 60172 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sams Club Attention: Bankruptcy Department Po Box 103104 Roswell, GA 30076 | | | | | |
| | Wash Mutual/providian Attn: Bankruptcy Dept Po Box 10467 Greenville, SC 29601 | | | | | |
| | Wash Mutual/providian Attn: Bankruptcy Dept Po Box 10467 Greenville, SC 29601 | | | | | |
| 000003 | BAC HOME LOANS | | | | | |
| 000008 | CAPITAL RECOVERY IV LLC | | | | | |
| 000007 | CAPITAL RECOVERY IV LLC | | | | | |
| 000010 | PNC BANK | | | | | |
| 000001 | ATLAS ACQUISITIONS LLC | | | | | |
| 000002 | B-LINE, LLC | | | | | |
| 000006 | CHASE BANK USA, N.A. | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000009 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-15976 | TB | Judge: TIMOTHY A. BARNES | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|---|
| Case Name: | WOLOSZYN, WIESLAW | | | | Date Filed (f) or Converted (c): | 04/14/11 (f) |
| | WOLOSZYN, ALEKSANDRA | | | | 341(a) Meeting Date: | 05/31/11 |
| For Period Ending: | 03/19/13 | | | | Claims Bar Date: | 09/28/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4424 N. Newland, Harwood Heights, IL | 431,500.00 | 0.00 | | 0.00 | FA |
| 2. 811 Eastwood, #208, Chicago, IL | 156,000.00 | 0.00 | | 0.00 | FA |
| 3. 3147 Glenwood Dyer Road, Lynwood, IL | 123,000.00 | 0.00 | | 0.00 | FA |
| 4. Washington Mutual Savings Account | 50.00 | 0.00 | | 0.00 | FA |
| 5. Bank of America-Checking Account | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Bank of America-Checking Account | 200.00 | 0.00 | | 0.00 | FA |
| 7. National City-Minor Savings Accounts | 1,600.00 | 650.00 | | 0.00 | FA |
| 8. National City Savings Account | 250.00 | 200.00 | | 0.00 | FA |
| 9. National City Savings Account-Joint with Father | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 10. Bank of America-Business Account | 700.00 | 700.00 | | 0.00 | FA |
| 11. National City-Business Checking | 100.00 | 100.00 | | 0.00 | FA |
| 12. National City - Savings Account | 250.00 | 200.00 | | 0.00 | FA |
| 13. HOUSEHOLD FURNISHINGS | 1,300.00 | 0.00 | | 0.00 | FA |
| 14. WEARING APPAREL | 100.00 | 0.00 | | 0.00 | FA |
| 15. 401k | 45,000.00 | 0.00 | | 0.00 | FA |
| 16. WW Perfect Heating & Cooling | 2,000.00 | 1,800.00 | | 0.00 | FA |
| 17. 2004 Nissan Armada | 13,375.00 | 4,600.00 | | 0.00 | FA |
| 18. 2003 Dodge Ram | 3,575.00 | 625.00 | | 0.00 | FA |
| 19. 2003 Express Van | 1,975.00 | 25.00 | OA | 0.00 | FA |
| 20. Computer, fax | 200.00 | 0.00 | | 0.00 | FA |
| 21. Lynlake Builders | 500.00 | 0.00 | | 0.00 | FA |
| 22. Accounts Receivalble | 8,000.00 | 0.00 | | 0.00 | FA |
| 23. Income Tax Refund (u) | 0.00 | 8,859.00 | | 8,859.00 | FA |
| 24. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.71 | Unknown |

Gross Value of Remaining Assets

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 11-15976 | TB | Judge: TIMOTHY A. BARNES | Trustee Name: | Phillip D. Levey |
| Case Name: | WOLOSZYN, WIESLAW | | | Date Filed (f) or Converted (c): | 04/14/11 (f) |
| | WOLOSZYN, ALEKSANDRA | | | 341(a) Meeting Date: | 05/31/11 |
| | | | | Claims Bar Date: | 09/28/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $791,675.00 | $18,759.00 | | $8,859.71 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 11/30/12    Current Projected Date of Final Report (TFR): 11/30/12

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

Ver: 17.01

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-15976 -TB | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | WOLOSZYN, WIESLAW | Bank Name: | ASSOCIATED BANK |
|  | WOLOSZYN, ALEKSANDRA | Account Number / CD #: | *******2895  Checking |
| Taxpayer ID No: | *******4968 |  |  |
| For Period Ending: | 07/07/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 08/30/12 |  | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 8,753.44 |  | 8,753.44 |
| 10/16/12 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 5.40 | 8,748.04 |
| 11/05/12 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 5.57 | 8,742.47 |
| 12/07/12 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 5.39 | 8,737.08 |
| 01/08/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 5.57 | 8,731.51 |
| 02/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 12.98 | 8,718.53 |
| 03/07/13 | 010001 | International Sureties, Ltd. 701 Poydras St. New Orleans, LA 70139 | Trustee's Bond Blanket Bond Premium for 2/1/13 to 2/1/14. | 2300-000 |  | 7.35 | 8,711.18 |
| 03/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 11.71 | 8,699.47 |
| 05/28/13 | 010002 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 |  | 1,635.97 | 7,063.50 |
| 05/28/13 | 010003 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 |  | 13.21 | 7,050.29 |
| 05/28/13 | 010004 | Atlas Acquisitions LLC 294 Union St. Hackensack, NJ 07601 | Claim 000001, Payment 8.08895% | 7100-900 |  | 743.07 | 6,307.22 |
| 05/28/13 | 010005 | B-Line, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Claim 000002, Payment 8.08945% | 7100-900 |  | 71.37 | 6,235.85 |
| 05/28/13 | 010006 | BAC Home Loans Real Time Resolutions, Inc. 1750 Regal Row Suite 120 PO Box 36655 Dallas Texas 75235 | Claim 000003, Payment 8.08889% | 7100-000 |  | 4,541.58 | 1,694.27 |

Page Subtotals    8,753.44    7,059.17

Ver: 17.02d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-15976 -TB | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | WOLOSZYN, WIESLAW | Bank Name: | ASSOCIATED BANK |
| | WOLOSZYN, ALEKSANDRA | Account Number / CD #: | *******2895 Checking |
| Taxpayer ID No: | *******4968 | | |
| For Period Ending: | 07/07/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/28/13 | 010007 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000004, Payment 8.08926% | 7100-900 | | 37.12 | 1,657.15 |
| 05/28/13 | 010008 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000005, Payment 8.08905% | 7100-900 | | 73.65 | 1,583.50 |
| 05/28/13 | 010009 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000006, Payment 8.08855% | 7100-900 | | 43.37 | 1,540.13 |
| 05/28/13 | 010010 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000007, Payment 8.08898%<br>(7-1) Chase Bank USA, N.A (WAMU) | 7100-000 | | 177.16 | 1,362.97 |
| 05/28/13 | 010011 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000008, Payment 8.08897%<br>(8-1) Chase Bank USA, N.A (WAMU) | 7100-000 | | 495.82 | 867.15 |
| 05/28/13 | 010012 | Portfolio Recovery Associates, LLC<br>c/o Sams Club<br>POB 41067<br>Norfolk VA 23541 | Claim 000009, Payment 8.08856% | 7100-900 | | 213.75 | 653.40 |
| 05/28/13 | 010013 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Claim 000010, Payment 8.08890%<br>(10-1) collateral = unsecured asset 2419<br>(10-1) submitted by jborkey | 7100-000 | | 653.40 | 0.00 |

Page Subtotals     0.00     1,694.27

Ver: 17.02d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-15976 -TB | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | WOLOSZYN, WIESLAW | | Bank Name: | ASSOCIATED BANK |
| | WOLOSZYN, ALEKSANDRA | | Account Number / CD #: | *******2895  Checking |
| Taxpayer ID No: | *******4968 | | | |
| For Period Ending: | 07/07/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 8,753.44 | 8,753.44 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 8,753.44 | 0.00 | |
| | | | Subtotal | | 0.00 | 8,753.44 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 8,753.44 | |

Page Subtotals          0.00          0.00

Ver: 17.02d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-15976 -TB | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | WOLOSZYN, WIESLAW | | Bank Name: | BANK OF AMERICA |
| | WOLOSZYN, ALEKSANDRA | | Account Number / CD #: | *******6053  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4968 | | | |
| For Period Ending: | 07/07/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/05/11 | 23 | Woloszyn, Aleksandra & Wieslaw | Income Tax Refund | 1224-000 | 8,859.00 | | 8,859.00 |
| 11/30/11 | 24 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.06 | | 8,859.06 |
| 12/30/11 | 24 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,859.13 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 10.92 | 8,848.21 |
| 01/31/12 | 24 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 8,848.29 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 11.60 | 8,836.69 |
| 02/29/12 | 24 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,836.76 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 10.50 | 8,826.26 |
| 03/30/12 | 24 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,826.33 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 10.85 | 8,815.48 |
| 04/05/12 | 000101 | International Sureties, Ltd. | Blanket Bond | 2300-000 | | 7.66 | 8,807.82 |
| | | 701 Poydras Street | Bond # 016026455 | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 04/30/12 | 24 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,807.89 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 11.19 | 8,796.70 |
| 05/31/12 | 24 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,796.77 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 11.18 | 8,785.59 |
| 06/29/12 | 24 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.07 | | 8,785.66 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 10.44 | 8,775.22 |
| 07/31/12 | 24 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 8,775.30 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 11.51 | 8,763.79 |
| 08/30/12 | 24 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 8,763.86 |
| 08/30/12 | | BANK OF AMERICA | BANK FEES | 2600-000 | | 10.42 | 8,753.44 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 8,753.44 | 0.00 |

Page Subtotals    8,859.71    8,859.71

Ver: 17.02d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

FORM 2

Page: 5

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-15976 -TB | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | WOLOSZYN, WIESLAW | Bank Name: | BANK OF AMERICA |
| | WOLOSZYN, ALEKSANDRA | Account Number / CD #: | *******6053  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4968 | | |
| For Period Ending: | 07/07/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 8,859.71 | 8,859.71 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 8,753.44 | |
| Subtotal | 8,859.71 | 106.27 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 8,859.71 | 106.27 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking - ********2895 | 0.00 | 8,753.44 | 0.00 |
| Money Market Account (Interest Earn - ********6053 | 8,859.71 | 106.27 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 8,859.71 | 8,859.71 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

Ver: 17.02d